# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00029                                         December 12, 2007
                                                    9:40 a.m.

### UNITED STATES OF AMERICA  -V- LI, ZONG GUO

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            LI, ZONG GUO, DEFENDANT
            LOREN SUTTON, ATTORNEY FOR DEFENDANT
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY


PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared with counsel, Attorney Loren Sutton.  Government was represented by Eric O'Malley,  AUSA.

Attorney Sutton represented to the Court that he was making a special appearance this morning.  He stated that he had not  yet been retained by the defendant, but, that they were discussing that possibility.

Dennis Tse was present as interpreter/translator.

Defendant was examined as to his understanding of  his constitutional rights, his  right to trial and his understanding of the proceedings, including his right to be represented by court appointed counsel.

Defendant stated that he would retain his own counsel.

Court continued the case to **December 21,  2007 at 9:00 a.m. for Preliminary Examination.**

Government moved that the defendant be held without bail.  Attorney Sutton moved for release with a third-party custodian.  Court DENIED bail at this time.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 9:55 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy