F I L E D
Clerk
District Court

DEC 18 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 07-00029 |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW |
| LI, ZONG GUO, | |
| Defendant | |

COMES NOW, Loren A. Sutton, and respectfully moves to withdraw from representation of the above named Defendant for the following reason:

The Defendant was charged in Superior Court when his brother in law and friends came to me and offered to retain me. I cited an amount and they indicated that they would pay a portion of the amount cited for my legal services re bail and if I was successful and he was released they would pay the balance for my further representation. The Defendant was released after a bail hearing in Superior Court. That same night he was re-arrested on a Federal Warrant and back in custody. Neither I nor

the Defendant and his relative/friends knew that the Commonwealth Attorney General and the U.S. Attorney had arranged for it to occur in this fashion apparently because of the later date that the Grand Jury would be sitting.

Upon this new development I made a special appearance with the Defendant in Federal Court and noticed the court that I believed that I would be retained. Unfortunately, however, the brother in law and friends have declined to follow through with the arrangement and upon meeting with the Defendant at the jail on December 17, 2007, he has declined to pay any more unless I can guarantee that he will be released.

Under these circumstances I respectfully request that the Court allow me to withdraw from further representation of this Defendant. Neither do I wish to be appointed by the Court to represent him as it is my opinion at this point that his expectations concerning what I would be able to do for him are unreasonable and there has developed a lack of trust between us due to his reneging on the retainer agreement and his desire for a guaranteed result.

Respectfully submitted on this 18th day of December 2007.

_____
Loren A. Sutton (F0179)