F I L E D
Clerk
District Court

DEC 18 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> LI, Zong Guo, ) <br> ) <br> Defendant ) <br> _____ ) | Criminal No. 07-00029 <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL <br> and <br> DIRECTING CLERK OF COURT TO APPOINT NEW COUNSEL |

BASED UPON defense counsel Loren A. Sutton's motion to withdraw as counsel of record, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that Loren A. Sutton be and hereby is allowed to withdraw as counsel for defendant, effective immediately; and,

IT IS FURTHER ORDERED that the Clerk of Court shall appoint as counsel for defendant the attorney whose name next appears on the Criminal Justice Act appointment list..

DATED this 18th day of December, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)