F I L E D
 Clerk
District Court

DEC 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>  v.<br>LI, ZONG GUO,<br>          Defendant. | Criminal Case No. 07 - 00029<br><br>**INDICTMENT**<br><br>Title 21 U.S.C., §§ 846 & 841(a)(1)- Conspiracy (Ct. 1); §§ 841(a)(1) & 841(b)(1)(A)- Distribution and Possession with Intent to Distribute a Controlled Substance (Cts. 2, 3, 5, & 7); §860(a)- Attempt to Distribute a Controlled Substance Near a School (Cts. 4, 6, & 8) |

THE GRAND JURY CHARGES:

### COUNT ONE

<u>CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE</u>

Beginning on or about October 25, 2007, up to and including November 7, 2007, in the District of the Commonwealth of the Northern Mariana Islands, LI, ZONG GUO, the defendant, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to distribute methamphetamine hydrochloride (commonly known as "ice"), a schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT TWO

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about October 25, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, unlawfully, willfully and knowingly, distributed and possessed with intent to distribute a schedule II controlled substance, to wit, approximately 0.23 net grams of methamphetamine hydrochloride (commonly known as "ice"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about October 26, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, unlawfully, willfully and knowingly, distributed and possessed with intent to distribute a schedule II controlled substance, to wit, approximately 0.31 net grams of methamphetamine hydrochloride (commonly known as "ice"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

### DISTRIBUTION OF A CONTROLLED SUBSTANCE NEAR A SCHOOL

On or about October 26, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, did knowingly and intentionally distribute a controlled substance within 1,000 feet of a school, to wit, approximately 0.31 net grams of methamphetamine hydrochloride (commonly known as "ice"), near a high school located in Koblerville, Saipan, in violation of Title 21, United States Code, Section 860(a).

## COUNT FIVE

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about October 30, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, unlawfully, willfully and knowingly, distributed and possessed with intent to distribute a schedule II controlled substance, to wit, approximately 0.29 net grams of methamphetamine hydrochloride (commonly known as "ice"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

### DISTRIBUTION OF A CONTROLLED SUBSTANCE NEAR A SCHOOL

On or about October 30, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, did knowingly and intentionally distribute a controlled substance within 1,000 feet of a school, to wit, approximately 0.29 net grams of methamphetamine hydrochloride (commonly known as "ice"), near a high school located in Koblerville, Saipan, in violation of Title 21, United States Code, Section 860(a).

## COUNT SEVEN

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about November 7, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, unlawfully, willfully and knowingly, possessed with intent to distribute a schedule II controlled substance, to wit, approximately 0.56 net grams of methamphetamine hydrochloride (commonly known as "ice"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT EIGHT**

<u>ATTEMPTED DISTRIBUTION OF A CONTROLLED SUBSTANCE NEAR A SCHOOL</u>

On or about November 7, 2007, in the District of the Northern Mariana Islands, LI ZONG GUO, the defendant, did knowingly and intentionally attempt to distribute a controlled substance within 1,000 feet of a school, to wit, approximately O.56 net grams of methamphetamine hydrochloride (commonly known as "ice"), near a high school located in Koblerville, Saipan, in violation of Title 21, United States Code, Section 860(a).

Dated this 20th day of December 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney

4