# United States District Court

In the _____ DISTRICT OF the Northern Mariana Islands

UNITED STATES OF AMERICA
V.
LI, Zong Guo

## WARRANT FOR ARREST

CASE NUMBER: 07-0029

To: The United States Marshal
and any Authorized United States Officer

F I L E D
Clerk
District Court

DEC 21 2007

YOU ARE HEREBY COMMANDED to arrest LI, Zong Guo

Name **For The Northern Mariana Islands**
By _____
(Deputy Clerk)

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

1. Conspiracy to Distribute Methamphetamine HCl
2. Distribution and Possession with the Intent to Distribute Methamphetamine HCl
3. Distribution of a Controlled Substance near a School
4. Attempted Distribution of a Controlled Substance near a School

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), & 860(a)

Alex R. Munson
Name of Issuing Officer

U.S. District Court Judge
Title of Issuing Officer

*(signature)* Alex R. Munson
Signature of Issuing Officer

12-21-07
Date and Location

Bail fixed at $ **NO BAIL**   by *(signature)* Alex R. Munson
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/21/07 | Daniel G. Holcomb | *(signature)* |
| DATE OF ARREST | Special Agent | |
| 12-21-2007 | Drug Enforcement Administration | |