MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-07-00029                                                                                    December 21, 2007
                                                                                                         9:25 a.m.

**UNITED STATES OF AMERICA -vs- LI, ZONG GUO**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
                   K. LYNN LEMIEUX, COURTROOM DEPUTY
                   FAYE CROZAT, COURT REPORTER
                   ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
                   ANTHONY LONG, COURT-APPOINTED ATTORNEY FOR DEFENDANT
                   LI, ZONG GUO, DEFENDANT

PROCEEDINGS:  ARRAIGNMENT

Defendant **LI, ZONG GUO** appeared with court-appointed counsel, Attorney Anthony Long. Government was represented by Eric O'Malley, AUSA. Also present was DEA Officer, Daniel Holcomb and U.S. Probation Officer, Melinda Brunson.

Dennis Tse was present, and sworn, as interpreter/translator of the Mandarin language.

Attorney Long stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **February 18, 2008 at 9:00 a.m.** Pretrial motions shall be filed by January 4, 2008.

Attorney Long moved that the pretrial motions be filed on Monday, January 14, 2008. No argument from Government. Court so ordered.

Government moved that the defendant be held without bail. Defense requested to take up the matter of bail at a later time. Court ordered "no bail" at this time.

The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 9:40 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy