FILED
Clerk
District Court

DEC 21 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>LI, ZONG GUO, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 07-00029<br><br>ORDER<br>SETTING TRIAL DATE |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, FEBRUARY 18, 2008 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **MONDAY, JANUARY 14, 2008,**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1)  Proposed jury voir dire questions;

2)  A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3)  A complete set of marked exhibits (with a three copies for the Court);

4)  Proposed verdict forms;

5)  Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

6)     Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 21st day of December, 2007

/s/ Alex R. Munson
ALEX R. MUNSON
Chief Judge