Law Office of G. Anthony Long
P. O. Box 504970
Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No.: CR-07-00029 |
| v. | |
| LI, GUO ZONG | **MOTION TO CONTINUE TRIAL** |
| Defendant. | |

    Defendant, by and through undersigned counsel, respectfully moves this Court to continue the jury trial in the above-captioned matter, which is currently set for February 18, 2008. After communicating with the Court, counsel for the Defendant has learned that the Court might be able to accommodate a new trial date starting on April 21, 2008 at 9:00 a.m.

    This request to the Court is not an attempt to delay the trial, undersigned counsel is requesting more time in order to fully and adequately prepare for a jury trial. Undersigned counsel requires additional time in which to review discovery with Defendant and properly to prepare his defense. Undersigned counsel has consulted the Defendant in this case, Mr. Li, Guo Zong, and he has no objection to a waiver of his right to speedy trial. Assistant United

1 States Attorney Eric O'Malley has also been consulted and has no objection to such
2 continuance.
3 Respectfully submitted this 14th day of January, 2008.
4
5
6
7 Law Office of G. Anthony Long
8 by:__s/Kelley M. Butcher
Kelley M. Butcher
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2  CERTIFICATE OF SERVICE
3  I hereby certify that on January 14, 2008, I transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:
4
5  Eric O'Malley                                                    Eric.O'Malley@usdoj.gov
   Assistant U.S. Attorney
6
7  by:  s/ *Kelley Butcher*
   Kelley Butcher
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3