# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00029                                                                                         January 15, 2008
                                                                                                        9:15 a.m.

### UNITED STATES OF AMERICA -vs- LI, ZONG GUO

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           LI, ZONG GUO, DEFENDANT
           KELLEY BUTCHER, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   WAIVER OF SPEEDY TRIAL

Defendant was present with court appointed counsel, Attorney Kelley Butcher. Government by Eric O'Malley, AUSA.

Tony Yen was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **April 30, 2008** and that jury trial would commence on **April 7, 2008 at 9:00 a.m.** in this courtroom.

Court set motion hearings for February 28, 2008 at 9:00 a.m. and a Bail Modification hearing was set for Tuesday, January 22, 2008 at 2:00 p.m.

Defendant was remanded into the custody of the U.S. Marshal.

                                                                            Court adjourned at 9:35 a.m.


                                                                            /s/K. Lynn Lemieux, Courtroom Deputy