FILED
Clerk
District Court

JAN 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LI, Zong Guo, )<br>)<br>Defendant )<br>_____ ) | Criminal No. 07-00029<br><br>ORDER TAKING<br>BAIL MODIFICATION<br>HEARING OFF-CALENDAR |

BASED UPON the motion of defense counsel,

IT IS ORDERED that the bail modification hearing in this matter, set for today, January 22, 2008, at 2:00 p.m., is taken off-calendar until renewed motion.

DATED this 22nd day of January, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)