# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00029                                                            February 28, 2008
                                                                                 9:35 a.m.

### UNITED STATES OF AMERICA -vs- ZONG GUO LI

PRESENT:  HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
          LYNN LEMIEUX, COURTROOM DEPUTY
          SANAE SHMULL, COURT REPORTER
          ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
          ZONG GUO LI, DEFENDANT
          KELLEY BUTCHER, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  MOTION TO DISCLOSE CONFIDENTIAL INFORMANT

     Defendant was present with Attorney Kelley Butcher.  Government by Eric O'Malley, AUSA.

     Aby Leung was present as interpreter/translator of the Mandarin language.

     Attorney Butcher argued the motion.  Government argued.

     Court, after hearing all testimony, GRANTED the motion.

     Defendant was remanded back into the custody of the U.S. Marshal.

                   Court adjourned at 9:55 a.m.

                   /s/K. Lynn Lemieux, Courtroom Deputy