FILED
Clerk
District Court

FEB 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00029 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISCLOSE CONFIDENTIAL INFORMANT |
| LI, ZONG GUO, | |
| Defendant. / | |

THIS MATTER came before the court on Thursday, February 28, 2008 pursuant to a motion by Defendant Zong Guo Li, requesting the court order the Government to disclose the identity of its confidential informant in this case. The Government agreed to disclose the confidential informant's identity one week before trial. However, foreign defendants tend to require additional time to prepare their defense. In an abundance of caution and respect for Defendant's right to due process, the court finds that more time is necessary to prepare a full and fair defense.

Accordingly, the court hereby GRANTS the motion. The confidential informant's identity shall be disclosed no later than Monday, March 3, 2008 at 12:00 noon. As discussed at the hearing, Defendant's counsel shall not divulge the identity to anyone other than the defendant and a translator if necessary.

**IT IS SO ORDERED.**

Dated: 2-28-08

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE