# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00029                                                                      March 27, 2008
                                                                                 9:40 a.m.

### UNITED STATES OF AMERICA  -v- LI, ZONG GUO

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            KELLEY BUTCHER, ATTORNEY FOR DEFENDANT
            LI, ZONG GUO, DEFENDANT

PROCEEDINGS:    **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Kelley Butcher.  Government was represented by Eric O'Malley,  AUSA.

Interpreter Jean Shi was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY to Counts 4, 6 and 8.**  Court found that the defendant was fully competent to enter knowing and voluntary pleas.  Court accepted the pleas and the Plea Agreement.

Court ordered  a Presentence Investigation Report be submitted by May 27, 2008 and that the **Sentencing  hearing be set for Tuesday, July 1, 2008 at 9:00 a.m.**

Court ordered the defendant back  into the custody of the U.S. Marshal.

                                                        Adjourned at 10:40  a.m.


                                                        /s/K. Lynn Lemieux, Courtroom Deputy