FILED
Clerk
District Court

MAR 27 2008

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00029 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING SENTENCING DATE |
| LI, ZONG GUO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **May 27, 2008.** Sentencing is scheduled for **Tuesday, July 1, 2008** commencing at the hour of nine o'clock a.m.

DATED this 27th day of March, 2008.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)