Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Tel No. (670) 235-4802
Fax No. (670) 235-4801

Attorney for Defendant Li

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00029 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | STIPULATION CONTINUING SENTENCING |
| | ) | |
| LI, ZONG GUO | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**WHEREAS**, sentencing in this matter is scheduled for July 1, 2008;

**WHEREAS**, defendant is in custody pending sentencing;

**WHEREAS**, defense counsel will be off island on July 1, 2008;

NOW THEREFORE, the parties hereto stipulate and agree as follows:

1. The sentencing hearing in this matter shall be continued from July 1, 2008 until July 17, 2008 at 9:00 a.m.

Law Office of G. Anthony Long                    UNITED STATES ATTORNEY
                                                 FOR GUAM AND THE N.M.I.

By:_____/s/_____                         By:____/s/_____
   G. Anthony Long                                  Eric O'Malley
   Attorney for Defendant                           Assistant U.S. Attorney