UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI, ZONG GUO,<br><br>Defendant. | Criminal Action No. 07-00029<br><br>Order Rescheduling Sentencing |

Eric O'Malley
Assistant U. S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, Mp 96950

The Sentencing for Li, Zong Guo scheduled for Tuesday, July 1, 2008, is rescheduled to Thursday, July 17, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 23rd day of June, 2008.

*Alex R. Munson*

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)