LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:       (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

JUL 17 2008

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case No. 07-00029 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS COUNTS AND ORDER** |
| LI, ZONG GUO, | |
| Defendant. | |

COMES NOW, the United States, by and through undersigned counsel, respectfully moves the Court for an order dismissing Counts One, Two, Three, Five and Seven of the Indictment in this case.

Dated: July 17, 2008

LEONARDO M. RAPADAS
United States Attorney

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney
District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE