```
                IN THE UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN MARIANA ISLANDS



UNITED STATES OF AMERICA,    ) APPEALS DKT. NO. 08-10347
                             ) D.C. DKT. No. 07-00029 - ARM
           Plaintiff,        )
                             ) Garapan, Saipan
     vs.                     ) JULY 17, 2008 - 9:15 A.M.
                             )
LI, ZONG GUO,                ) SENTENCING
                             )
           Defendant.        )
                             )
_____)


              BEFORE THE HONORABLE ALEX R. MUNSON
          CHIEF JUDGE, UNITED STATES DISTRICT COURT
              FOR THE NORTHERN MARIANA ISLANDS



APPEARANCES:

For Plaintiff:       Eric S. O'Malley
                     Assistant United States Attorney
                     MARIANAS DISTRICT
                     Horiguchi Building, Third Floor
                     P. O. Box 500377
                     Saipan, MP 96950
                     Telephone: (670) 236-2980
                     Facsimile: (670) 236-2985

For Defendant:       G. Anthony Long
                     Attorney at Law
                     P. O. Box 504970
                     Saipan, MP 96950
                     Telephone: (670) 235-4802
                     Facsimile: (670) 235-4801

Also Present:        Defendant Mr. LI Zong Guo

Chinese Interpreter: Mike Yang
```

SANAE N SHMULL
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950-5128

FILED
Clerk
District Court
SEP - 9 2008
For The Northern Mariana Islands
By_____
    (Deputy Clerk)